# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**Nehemiah Kong**,

        *Plaintiff*,

        v.

**Angela Contos; Golden Star Family Restaurants, Inc.**, and Does 1-10,

        *Defendants*.

Case No. CV 18-10660-GW-MRWx

**JUDGMENT**

Honorable George H. Wu

    United States Courthouse,
    350 West 1st Street
    Courtroom 9D, 9th Floor
    Los Angeles, CA, 90012

Defendants Angela Contos and Golden Star Family Restaurants, Inc. moved for summary judgment as to Plaintiff's first claim and requested that this Court decline to exercise supplemental jurisdiction over the state claim. [Docket No. 19]

After considering the moving papers, opposition, and reply brief as to both motions and after consideration of matters raised at the hearing on June 27, 2019, this Court granted Defendant's motion.

ACCORDINGLY,

**It is hereby ordered** that Defendants' motion for summary judgment as to the ADA claim is **GRANTED**.

**It is further ordered** that Plaintiff's Unruh Act claim be, and hereby is, DISMISSED for lack of subject matter jurisdiction.

**It is further ordered, adjudged, and decreed** that Judgment be, and hereby is entered in favor of Defendants Angela Contos and Golden Star Family Restaurants, Inc. as to Plaintiff's ADA claim.

**It is further Ordered** that Plaintiff shall take nothing as to his complaint and claims therein.

Dated: June 30, 2019      By: _____
                          Hon. George H. Wu
                          United States District Judge

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**

I am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action. My business address is: 1592 Pegasus Street, Newport Beach, California 92660.

     On June 27, 2019, I served the foregoing document described as: **[PROPOSED] JUDGMENT** thereon on all interested parties in this action as follows:

> Raymond G. Ballister                      Representing Plaintiff
> Phyl Grace
> P.O. Box 262490
> San Diego, CA 92196-2490
> Telephone: (858) 375-7385
> Facsimile: (888) 422-5191
> e-Mail: phylg@potterhandy.com

    [x]    **e-Filing pursuant to Court order**

Executed on June 27, 2019, at Newport Beach, California.

     I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

                                        /s/ Stephen E. Abraham
                                            Stephen E. Abraham